JOHN M. RANSOM, Respondent, v. AMERICAN RAILWAY EXPRESS COMPANY, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

ALBERT B. FLAGG, Respondent, v. CUSHMAN & DENISON MANUFACTURING COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

FREDERICK V. PETERSON, Respondent, v. GUS HILL, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

EDMUND VAN DYKE, Respondent, v. HENRI DUJARDIN, Appellant. (Nos. 1, 2 and 3.) — Orders reversed, with ten dollars costs and disbursements, and motions denied, with ten dollars costs, on the ground an issue of fact was raised by the pleadings. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

NEMOURS TRADING CORPORATION, Respondent, v. THE CREDIT CLEARING HOUSE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

S. C. POSNER, INC., Appellant, v. EMANUEL A. JACKSON and Another, Respondents.— Order affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

CHARLES F. MURPHY, Respondent, v. NEW YORK EVENING POST, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

JOHN F. DEANGELI, as Receiver of BROWN FORWARDING AND EXPORT COMPANY, Respondent, v. HOWE VARNISH COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days upon payment of said costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. W. W. HODKINSON CORPORATION, Appellant, v. JACOB A. CANTOR and Others, Constituting the Board of Taxes and Assessments in the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

EDMUND G. JOSEPH and Another, as Executors, etc., of LEO ROSENBERG, Deceased, Respondents, v. P. VIANE, INC., Appellant, Impleaded with PERKINS-GOODWIN COMPANY, Respondent.— Judgment affirmed, with costs to respondents separately appearing and filing briefs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

CAESAR A. BERTOLINO, as Executor, etc., of ARTHUR E. DOWLER, Deceased, Appellant, v. LONDON COUNTY WESTMINSTER & PARR'S BANK, LTD., Respondent, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.